SARAH ROSENBLATT, Respondent, v. JUDITH DRUCK, Appellant.— Action to recover a down payment on a contract for the purchase of real estate, and for attorney's fees. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ.